IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Couch, Susan K | Case Number: 06 B 07908 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 7/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 9, 2009
Confirmed: August 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 32,069.70 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 28,860.72 |
| Priority: |  | 0.00 |
| Administrative: |  | 800.00 |
| Trustee Fee: |  | 1,744.80 |
| Other Funds: |  | 664.18 |
| Totals: | 32,069.70 | 32,069.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 800.00 | 800.00 |
| 2. | Wells Fargo Financial Illinois Inc | Unsecured | 842.80 | 842.80 |
| 3. | ECast Settlement Corp | Unsecured | 717.59 | 717.59 |
| 4. | ECast Settlement Corp | Unsecured | 2,659.94 | 2,659.94 |
| 5. | Discover Financial Services | Unsecured | 9,072.71 | 9,072.71 |
| 6. | Federated Retail Holdings Inc | Unsecured | 2,347.24 | 2,347.24 |
| 7. | Capital One | Unsecured | 1,384.70 | 1,384.70 |
| 8. | Resurgent Capital Services | Unsecured | 3,236.80 | 3,236.80 |
| 9. | B-Real LLC | Unsecured | 8,598.94 | 8,598.94 |
| 10. | CDA Services Inc | Unsecured |  | No Claim Filed |
| 11. | CDA Services Inc | Unsecured |  | No Claim Filed |
| 12. | HSBC | Unsecured |  | No Claim Filed |
| 13. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 14. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 15. | HSBC | Unsecured |  | No Claim Filed |
| 16. | Lord & Taylor | Unsecured |  | No Claim Filed |
| | | | $ 29,660.72 | $ 29,660.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 418.35 |
| 5.4% | 740.19 |
| 6.5% | 429.00 |
| 6.6% | 157.26 |
| | $ 1,744.80 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Couch, Susan K

Printed: 01/29/09

Case Number:  06 B 07908
Judge:  Wedoff, Eugene R
Filed:  7/5/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

